UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH HALLIBURTON,<br><br>          Movant,<br><br>   -against-<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | 24-cv-1891 (JSR) (RFT)<br><br>20-CR-0499 (JSR)<br><br><u>ORDER</u> |

**ROBYN F. TARNARSKY, United States Magistrate Judge**:

  Keith Halliburton ("Halliburton") has two related matters pending in this District: a federal criminal proceeding (20-cr-0499-JSR) and a habeas corpus petition arising out of the criminal proceeding (24-cv-1891-JSR-RFT). On May 15, 2024, Halliburton submitted a letter to the Office of the Clerk of Court requesting a 60-day extension of time for all his "repl[ies] and filings," because the facility where he is incarcerated has been on lockdown since late April, with regular operations expected to resume during the first week of June 2024. (ECF 82.) In the criminal matter, no deadline had been set for his reply to the government's opposition (ECF 78) to his motion for compassionate release (ECF 76); and in the habeas matter, he must file an informed consent form waiving the attorney-client privilege in connection with his ineffective assistance of counsel claim by July 8, 2024 (*see* ECF 80).

  His motion for an extension of time is GRANTED IN PART, insofar as he shall have an additional 30 days, or until **August 7, 2024**, to file an informed consent form waiving the attorney-client privilege in connection with his ineffective assistance of counsel claim. The deadline for Halliburton's reply to the government's opposition to his motion for compassionate release shall be 30 days from the date of this order, which is **July 1, 2024**.

Dated: May 31, 2024
   New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE