UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH HALLIBURTON,<br><br>                              Movant,<br><br>             -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | 24-cv-1891 (JSR) (RFT)<br><br>20-CR-0499 (JSR)<br><br>ORDER |

**ROBYN F. TARNARSKY, United States Magistrate Judge**:

On March 11, 2024, Petitioner Keith Halliburton, proceeding pro se, submitted a motion seeking habeas corpus relief pursuant to 28 U.S.C. § 2255 ("Motion"). Respondent United States of America filed its opposition to the Motion on August 13, 2024. (*See* ECF 87 and ECF 88). Petitioner's reply was due 30 days later, on September 13, 2024. (*See* ECF 80, Order). To date, Petitioner has neither filed his reply nor requested an extension of his time to do so. On September 26, 2024, I noted that this Court could not confirm where Petitioner is presently incarcerated, and I ordered the Office of the United States Attorney ("USAO") to identify his current location. (*See* ECF 90.) In response, the USAO stated that Petitioner is at FTC Oklahoma City, awaiting transfer to FCI Marion. (*See* ECF 91.) The USAO then requested that this Court send any mailings for Petitioner to both facilities to ensure that Petitioner receives such mailings. (*See id.*)

I am sua sponte and nunc pro tunc extending the deadline for Petitioner to submit his reply to Respondent's opposition until **November 8, 2024**. The Clerk of Court is respectfully requested to mail to Mr. Halliburton's attention at FTC Oklahoma City and FCI Marion copies of the following documents: ECF 74 (Mot. to Vacate), ECF 77 (Aff. of Keith Halliburton), ECF 86

(Notarized Authorization), ECF 87 (Decl. of Michael B. Cohen), ECF 88 (Memo. in Opposition to Mot.), ECF ECF 90 (Sept. 26 Order), ECF 91 (Resp. to ECF 90), and a copy of the docket sheet in 20-cr-00499-JSR-1 and 24-cv-1891. The address to FTC Oklahoma City and FCI Marion are copied from ECF 91 and provided below.

| Keith Halliburton,  Reg. No. 11406-026 | Keith Halliburton,  Reg. No. 11406-026 |
|---|---|
| FTC Oklahoma City | FCI Marion |
| 16 N. Meridian Ave. | 4500 Prison Road |
| Oklahoma City, Oklahoma 73107 | Marion, Illinois 62959 |

DATED: September 30, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge