**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KEITH HALLIBURTON,

                        Petitioner,                          24 **CIVIL** 1891 (JSR)
                                                                    20 **CR.** 499-01 (JSR)

     -against-

                                                                       **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2025, in an abundance of caution, the Court has reviewed the underlying record de novo and finds that it is in complete agreement with the Report and Recommendation. The Court has adopted the Report and Recommendation in full, and, for the reasons stated therein, has denied Mr. Halliburton's request for a hearing and his petition with prejudice. In addition, because Mr. Halliburton has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from the Order would not be taken in good faith, as Mr. Halliburton's claim lacks any arguable basis in law or fact, and that permission to proceed in forma pauperis is therefore denied. See 28 U.S.C. § 1915 (a) (3); accordingly, the case is closed.

**DATED:** New York, New York
              July 29, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**
                                      **BY:**        *K. Mango*
                                                                   **Deputy Clerk**